Exhibit 1

**Ex. 1 - Infringement Chart for U.S. Patent No. 7,388,519 (Claim 1)**

| Claim Element | | Infringing Instrumentality |
|---|---|---|
| **Claim 1** | | |
| 1[A] | A method, comprising the computer-implemented steps of: displaying a graphical map; | Google has committed acts of infringement under 35 U.S.C. § 271 with its Accused Products.<br><br>Google's Accused Products display a graphical map. *See e.g.*:<br><br> |
| 1[B] | displaying in the map, concurrently, icons identifying two or more points of interest at graphical locations in the map corresponding to geographical locations of the points of interest; | Google's Accused Products display in the map, concurrently, icons identifying two or more points of interest at graphical locations in the map corresponding to geographical locations of the points of interest. *See e.g.*:<br><br>Google's Accused Products concurrently display in the map icons that identify two or more points of interest at graphical locations in the map which correspond to geographical locations of those points of interest, as exemplarily shown below. |

<u>Ex. 1 - Infringement Chart for U.S. Patent No. 7,388,519 (Claim 1)</u>

<table>
<tr>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>1[C]</td>
<td>concurrently displaying, over the map, for each of the two or more points of interest at different geographical locations, particular qualitative information associated with the associated point of interest;</td>
<td>Google's Accused Products display, concurrently over the map, particular qualitative information associated with the associated point of interest for each of the two or more points of interest at different geographical locations. <i>See e.g.</i>:</td>
</tr>
</table>

Ex. 1 - Infringement Chart for U.S. Patent No. 7,388,519 (Claim 1)

|  |  |  |
|---|---|---|
|  |  |  |
| 1[D] | wherein all the qualitative information for all the points of interest is concurrently displayed in the map; | Google's Accused Products concurrently display qualitative information for all points of interest in the map. *See e.g.*: |

**Ex. 1 - Infringement Chart for U.S. Patent No. 7,388,519 (Claim 1)**

| | | |
|---|---|---|
| | |  |
| 1[E] | displaying, over the map, for each of the points of interest, an information box comprising the qualitative information for the associated point of interest, a first control which when selected causes displaying a higher level of information in the information box, and a second control which | Google's Accused Products display, over the map, for each of the points of interest, an information box comprising the qualitative information for the associated point of interest, a first control which when selected causes displaying a higher level of information in the information box, and a second control which when selected causes displaying a lower level of information in the information box. *See e.g.*:<br><br>Google's Accused Products display an information box comprising the qualitative information for the associated point of interest over the map. |

**Ex. 1 - Infringement Chart for U.S. Patent No. 7,388,519 (Claim 1)**

| | | |
|---|---|---|
| | when selected causes displaying a lower level of information in the information box; | <br><br>In addition, Google's Accused Products further display a first control which causes displaying a higher level of information in the information box when selected, as shown below exemplarily. |

5

**Ex. 1 - Infringement Chart for U.S. Patent No. 7,388,519 (Claim 1)**



Moreover, Google's Accused Products further display a second control which causes displaying a lower level of information in the information box when selected, as shown below exemplarily.

**Ex. 1 - Infringement Chart for U.S. Patent No. 7,388,519 (Claim 1)**

| | | |
|---|---|---|
| | |  |
| 1[F] | wherein each of the points of interest is associated with one or more datasets, and | Google's Accused Products comprise points of interest, each of which is associated with one or more datasets. *See e.g.*: |

<u>Ex. 1 - Infringement Chart for U.S. Patent No. 7,388,519 (Claim 1)</u>

| | | |
|---|---|---|
| | |  |
| 1[E] | wherein different qualitative information is displayed for different datasets. | Google's Accused Products display different qualitative information for different datasets. *See e.g.*: |

**Ex. 1 - Infringement Chart for U.S. Patent No. 7,388,519 (Claim 1)**



**Ex. 1 - Infringement Chart for U.S. Patent No. 7,388,519 (Claim 1)**