# Exhibit 2

## Ex. 2 - Infringement Chart for U.S. Patent No. 8,219,318 (Claim 1)

| Claim Element | Infringing Instrumentality |
| --- | --- |
| **Claim 1** | |
| 1[A]   A method comprising: storing, in a database communicatively coupled to a data network, a point of interest associated with first location on a geographical map, and information identifying a manager of the point of interest; | Google has committed acts of infringement under 35 U.S.C. § 271 with its Accused Products.<br><br>Google's Accused Products store, in a database communicatively coupled to a data network, a point of interest associated with first location on a geographical map, and information identifying a manager of the point of interest. *See, e.g.*:<br><br>Google's Accused Products store a point of interest associated with a first location on a geographical map, and information identifying a manager of that point of interest, in a database communicatively coupled to a data network as shown below exemplarily. |
| 1[B]   receiving map location information associated with the point of interest; | Google's Accused Products receive map location information associated with the point of interest. *See e.g.*: |

1

Ex. 2 - Infringement Chart for U.S. Patent No. 8,219,318 (Claim 1)

| | | |
|---|---|---|
| | |  |
| 1[C] | causing to be displayed, based on the map location information, a portion of the geographical map that includes the point of interest, on a computer display associated with the manager; | Google's Accused Products receive map location information associated with the point of interest and caused to be displayed, based on the map location information, a portion of the geographical map that includes the point of interest on a computer display associated with the manager. *See e.g.*: |

**Ex. 2 - Infringement Chart for U.S. Patent No. 8,219,318 (Claim 1)**

| | | |
|---|---|---|
| | |  |
| 1[D] | receiving, from a computer associated with the manager and coupled to the database over the data network, location data that indicates a second location, specified by the manager on the point of the geographical map, of the point of interest; | Google's Accused Products receive from a computer associated with the manager and coupled to the database over the data network, location data that indicates a second location, specified by the manager on the point of the geographical map, of the point of interest. *See e.g.*: |

3

**Ex. 2 - Infringement Chart for U.S. Patent No. 8,219,318 (Claim 1)**

|  |  |  |
|---|---|---|
| 1[E] | wherein the second location is different than the first location; | Google's Accused Products receive location data that indicates a second location, wherein the second location is different than the first location. *See e.g.*: |

Ex. 2 - Infringement Chart for U.S. Patent No. 8,219,318 (Claim 1)

| | | |
|---|---|---|
| | |  |
| 1[F] | updating, in the database, based on the second location, coordinate data associated with the first location of the point of interest. | Google's Accused Products update coordinate data associated with the first location of the point of interest in the database based on the second location. *See e.g.*: |

**Ex. 2 - Infringement Chart for U.S. Patent No. 8,219,318 (Claim 1)**

