# Exhibit 3

## Ex. 3 - Infringement Chart for U.S. Patent No. 9,152,981 (Claim 9)

| Claim Element | | Infringing Instrumentality |
|---|---|---|
| **Claim 1** | | |
| 9[A] | A method comprising: displaying a geographical map on a computer display, wherein the geographical map includes a plurality of selectable points of interest; and | Google has committed acts of infringement under 35 U.S.C. § 271 with its Accused Products.<br><br>Google's Accused Products display a geographical map on a computer display, wherein the geographical map includes a plurality of selectable points of interest. *See, e.g.*:<br><br>Google's Accused Products comprise displaying a geographical map on a computer display, as shown below exemplarily.<br><br>Further, this geographical map includes a plurality of selectable points of interest, as shown below |

Ex. 3 - Infringement Chart for U.S. Patent No. 9,152,981 (Claim 9)

| | | |
|---|---|---|
| | | exemplarily.<br> |
| 9[B] | based on a selection of one of the selectable of said plurality of points of interest, displaying on said computer display a list of advertisements associated with the selected one of the plurality of points of interest. | Google's Accused Products display on said computer display a list of advertisements associated with the selected one of the plurality of points of interest based on a selection of one of the selectable of said plurality of points of interest.  *See e.g.*: |

**Ex. 3 - Infringement Chart for U.S. Patent No. 9,152,981 (Claim 9)**

