# Exhibit 4

**Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)**

| Claim Element | | Infringing Instrumentality |
|---|---|---|
| **Claim 1** | | |
| 1[A] | A method comprising: providing first and second point of interest data sets receiving update data with respect to said first and second point of interest data sets to create first and second updated point of interest data sets; | Google has committed acts of infringement under 35 U.S.C. § 271 with its Accused Products.<br><br>Google's Accused Products provide first and second point of interest data sets receiving update data with respect to said first and second point of interest data sets to create first and second updated point of interest data sets. *See, e.g.*:<br><br>Google's Accused Products provide a first point of interest, as shown below exemplarily. |

1

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)



Further, Google's Accused Products provide a data set for the above shown first point of interest, as shown below exemplarily.

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)



Further, Google's Accused Products provide a data set for the above shown first point of interest, as shown below exemplarily.

3

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)



Further, Google's Accused Products receive update data with respect to first point of interest data set to create first updated point of interest data set, as shown below exemplarily.

4

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)



Google's Accused Products receive update data with respect to the above shown data set, as shown below exemplarily.

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)



Google's Accused Products receive update data, as shown below exemplarily.

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)



In addition, Google's Accused Products provide a second point of interest, as shown below exemplarily.

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)



Further, Google's Accused Products provide a data set for the second point of interest, as shown below exemplarily.

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)



In addition, Google's Accused Products receive update data with respect to second point of interest

9

data set to create second updated point of interest data set, as shown below exemplarily.



Google's Accused Products receive update data with respect to the above shown data set, as shown

|  |  | below exemplarily.<br><br>Google's Accused Products receive update data, as shown below exemplarily. |

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)

| | |  |
|---|---|---|
| 1[B] | selectively providing, through the Internet, for display on a plurality of maps, to a plurality of map display programs, said first or second updated point of interest data sets: | Google's Accused Products selectively provide, through the internet, for display on a plurality of maps, to a plurality of map display programs, said first or second updated point of interest data sets. *See, e.g.*: <br><br> Google's Accused Products selectively provide, through the internet, for display on a plurality of maps, to a plurality of map display programs, the first updated point of interest data sets, as shown below exemplarily. |

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)



In addition, Google's Accused Products selectively provide, through the internet, for display on a plurality of maps, to a plurality of map display programs, the second updated point of interest data sets, as shown below exemplarily.

13

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)



14

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)

|  |  |  |
|---|---|---|
|  |  |  |
| 1[C] | wherein the method is performed by one or more computing devices. | Google's Accused Products perform the method by one or more computing devices. *See, e.g.*:<br><br>Google's Accused Products perform above functionality by one or more computing devices, as shown below exemplarily. |

15

Ex. 4 - Infringement Chart for U.S. Patent No. 9,177,330 (Claim 1)

