# Exhibit 5

Ex. 5 - Infringement Chart for U.S. Patent No. 9,599,479 (Claim 1)

| Claim Element | | Infringing Instrumentality |
|---|---|---|
| **Claim 1** | | |
| 1[A] | A method comprising: causing a point of interest icon to be displayed at a first location on a geographical map on a computer display; | Google has committed acts of infringement under 35 U.S.C. § 271 with its Accused Products.<br><br>Google's Accused Products cause a point of interest icon to be displayed at a first location on a geographical map on a computer display; *See, e.g.*:<br><br>Google's Accused Products cause a point of interest icon to be displayed at a first location on a geographical map on a computer display, as shown below exemplarily.<br><br>[Screenshot of Google Maps showing US Fine Art Education Center at 315 S Diamond Bar Blvd C, Diamond Bar, CA 91765, with a red-boxed point of interest icon on the map] |

1

**Ex. 5 - Infringement Chart for U.S. Patent No. 9,599,479 (Claim 1)**

| | | |
|---|---|---|
| 1[B] | after movement of the icon on the displayed geographical map by a user and an indication by the user that indicates that the moved icon is now located at a second more representative location for the point of interest, receiving geo-coordinate data of the second more representative location for the point of interest; | After movement of the icon on the displayed geographical map by a user and an indication by the user that indicates that the moved icon is now located at a second more representative location for the point of interest, Google's Accused Products receives geo-coordinate data of the second more representative location for the point of interest; *See, e.g.*:<br><br>A user can move the icon on the displayed geographical map and indicate that the moved icon is now located at a second more representative location for the above shown point of interest, as shown below exemplarily.<br><br><br><br>The user can move the icon on the displayed geographical map as shown below exemplarily. |

**Ex. 5 - Infringement Chart for U.S. Patent No. 9,599,479 (Claim 1)**



Further, after movement of the icon on the displayed map by a user and an indication by the user that

**Ex. 5 - Infringement Chart for U.S. Patent No. 9,599,479 (Claim 1)**

| | | indicates that the moved icon is now located at a second more representative location for the point of interest, Google's Accused Products receive geocoordinate date of the second more representative location for the above shown point of interest, as shown below exemplarily. |
|---|---|---|
| 1[C] | storing said geo-coordinate data of the second location of the point of interest as a database entry that is associated with said point of interest; | Google's Accused Products store said geo-coordinate data of the second location of the point of interest as a database entry that is associated with said point of interest, as shown below exemplarily. *See, e.g.*: |

4

**Ex. 5 - Infringement Chart for U.S. Patent No. 9,599,479 (Claim 1)**

| | | |
|---|---|---|
| | | [Screenshot showing "Thanks for contributing" dialog with a Google Maps view of US Fine Art Education Center. Address field shows crossed-out entries "315 S Diamond Bar Blvd C, Diamond Bar, California 91765, United States" and "315 S Diamond Bar Blvd C, Diamond Bar, CA 91765, USA", with current address "23499 Golden Springs Dr, Diamond Bar, CA 91765, USA". Note: "Map marker moved."] |
| 1[D] | and, thereafter, providing the second location geo-coordinate data of the | Thereafter, Google's Accused Products provide the second location geo-coordinate data of the point of interest through the internet to a plurality of map display programs for display on a plurality of displays associated with a plurality of computers. *See e.g.*: |

5

**Ex. 5 - Infringement Chart for U.S. Patent No. 9,599,479 (Claim 1)**

| | | |
|---|---|---|
| | point of interest through the internet to a plurality of map display programs for display on a plurality of displays associated with a plurality of computers. |  |

Ex. 5 - Infringement Chart for U.S. Patent No. 9,599,479 (Claim 1)

