# Exhibit 6

### Ex. 6 - Infringement Chart for U.S. Patent No. 10,509,810 (Claim 11)

| Claim Element | Infringing Instrumentality |
|---|---|
| **Claim 1** | |
| 11[A] — A method of updating map information, the method comprising: causing a point of interest icon to be displayed at a first location on a geographical map on a computer display; | Google has committed acts of infringement under 35 U.S.C. § 271 with its Accused Products. Google's Accused Products cause a point of interest icon to be displayed at a first location on a geographical map on a computer display; *See, e.g.*: |
| 11[B] — after movement of the icon on the displayed geographical map responsive to input from a user and an indication by | After movement of the icon on the displayed geographical map responsive to input from a user and an indication by the user that indicates that the moved icon is now located at a second more representative location for the point of interest, Google's Accused Products receive geo-coordinate data of the second more representative location for the point of interest; *See, e.g.*: Users can move the icon on the displayed geographical map and indicate that the moved icon is now |

1

**Ex. 6 - Infringement Chart for U.S. Patent No. 10,509,810 (Claim 11)**

| | | |
|---|---|---|
| | the user that indicates that the moved icon is now located at a second more representative location for the point of interest, receiving geo-coordinate data of the second more representative location for the point of interest; | located at a second more representative location for the above shown point of interest, as shown below exemplarily.<br><br><br><br>The user can move the icon on the displayed geographical map as shown below exemplarily. |

**Ex. 6 - Infringement Chart for U.S. Patent No. 10,509,810 (Claim 11)**



Further, after movement of the icon on the displayed geographic map responsive to input from a user and an indication by the user that indicates that the moved icon is now located at a second more representative location for the point of interest, Google's Accused Products receive geocoordinate date of the second more representative location for the above shown point of interest, as shown below exemplarily.

| 11[C] | storing said geo- | Google's Accused Products store said geo-coordinate data of the second location of the point of |

**Ex. 6 - Infringement Chart for U.S. Patent No. 10,509,810 (Claim 11)**

| | | |
|---|---|---|
| | coordinate data of the second location of the point of interest as a database entry that is associated with said point of interest and also storing a date stamp value in association with the received geocoordinate data indicating when the storing occurred; and | interest as a database entry that is associated with said point of interest and also storing a date stamp value in association with the received geocoordinate data indicating when the storing occurred. *See, e.g.*:<br><br>Google's Accused Products store the geocoordinate data of the second location of the point of interest as a database entry that is associated with the point of interest, as shown below exemplarily.<br><br> |

Ex. 6 - Infringement Chart for U.S. Patent No. 10,509,810 (Claim 11)

| | | | |
|---|---|---|---|
| | | | Furthermore, Google's Accused Products store a date stamp value in association with the received geo-coordinate data indicating when the storing occurred, as shown below exemplarily.<br> |
| 11[D] | | thereafter, providing the second location geo-coordinate data of the point of interest through a communication channel to a plurality of map display programs for display on a | Google's Accused Products provides the second location geo-coordinate data of the point of interest through a communication channel to a plurality of map display programs for display on a plurality of displays associated with a plurality of computers. *See e.g.*: |

**Ex. 6 - Infringement Chart for U.S. Patent No. 10,509,810 (Claim 11)**

| | plurality of displays associated with a plurality of computers. |  |

**Ex. 6 - Infringement Chart for U.S. Patent No. 10,509,810 (Claim 11)**

