# Exhibit 7

**Ex. 7 - Infringement Chart for U.S. Patent No. 11,086,910 (Claim 1)**

| Claim Element | | Infringing Instrumentality |
|---|---|---|
| **Claim 1** | | |
| 1[A] | A method comprising: displaying two or more points of interest as part of an Internet enabled geographical map rendered on a graphical display device; and | Google has committed acts of infringement under 35 U.S.C. § 271 with its Accused Products.<br><br>Google's Accused Products display two or more points of interest as part of an Internet enabled geographical map rendered on a graphical display device. *See, e.g.*: |
| 1[B] | concurrently displaying, in association with the displayed | Google's Accused Products concurrently display, in association with the displayed two or more points of interest, an advertisement rendered on the graphical display device and the advertisement is displayed on the Internet enabled geographical map. *See, e.g.*: |

| | | |
|---|---|---|
| | two or more points of interest, an advertisement rendered on the graphical display device and the advertisement is displayed on the Internet enabled geographical map. | Google's Accused Products display an advertisement rendered on the graphical display device and the advertisement is displayed on the internet enabled geographical map, as shown below exemplarily.<br><br> |

**Ex. 7 - Infringement Chart for U.S. Patent No. 11,086,910 (Claim 1)**

The advertisement is concurrently displayed on the internet enabled geographical map, as shown below exemplarily.



Further, the above shown advertisement is in association with the displayed two or more points on interest, for example, all the above three points of interest are restaurants and the restaurant advertisement is not displayed when the points of interest is changed to hotels, as shown below exemplarily.

3

**Ex. 7 - Infringement Chart for U.S. Patent No. 11,086,910 (Claim 1)**

