Exhibit 8

**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**

| Claim Element | Infringing Instrumentality |
|---|---|
| **Claim 1** | |
| 1[pre] A mapping system for providing mapping information to a plurality of users with a plurality of computing devices over the Internet, comprising: | Google has committed acts of infringement under 35 U.S.C. § 271 with its Accused Products.<br><br>Google's Accused Products include a mapping system for providing mapping information to a plurality of users with a plurality of computing devices over the Internet. *See, e.g.*:<br><br>Google's Accused Products include a mapping system for providing mapping information, as shown below exemplarily.<br><br><br><br>Further, Google's Accused Products provide mapping information to a plurality of users with a plurality of computing devices over the internet, as shown below exemplarily. |

## Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)



**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**



| 1[A] | one or more databases storing said mapping information for displaying a map, said mapping information comprising: map layer information, points of interest information, and qualitative information related to said points of interest; and | Google's Accused Products comprise one or more databases storing said mapping information for displaying a map, said mapping information comprising: map layer information, points of interest information, and qualitative information related to said points of interest. *See, e.g.*:<br><br>Google's Accused Products comprise one or more databases storing mapping information for displaying a map comprising map layer information, as shown below exemplarily. |
|---|---|---|

**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**



Further, the mapping information also comprise points of interest information, as shown below exemplarily.

**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**



In addition, the mapping information comprise qualitative information related to the points of interest, as shown below exemplarily.

**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**



| 1[C] | at least one server storing computer instructions configured to:

create an account on said mapping system for at least one of said plurality of users having at least one of said plurality of computing devices;

store personalized points of interest selected by said at least one of said plurality of users; | Google's Accused Products comprise at least one server storing computer instructions configured to create an account on said mapping system for at least one of said plurality of users having at least one of said plurality of computing devices, store personalized points of interest selected by said at least one of said plurality of users, display said personalized points of interest within said map, import an imported address from at least one of: a customer relationship management (CRM) application; and a contact application, display said imported address on said map, store said imported address as a personalized point of interest by said at least one of said plurality of users, and allow said at least one of said plurality of users to select one of a plurality of levels of details for displaying qualitative information related to the points of interest. *See e.g.:*

Google's Accused Products comprise at least one server storing computer instructions configured to create an account on the mapping system for at least one of plurality of users having at least one of plurality of computing devices, as shown below exemplarily. |

**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**

| | | |
|---|---|---|
| | display said personalized points of interest within said map;<br><br>import an imported address from at least one of: a customer relationship management (CRM) application; and a contact application;<br><br>display said imported address on said map;<br><br>store said imported address as a personalized point of interest by said at least one of said plurality of users; and<br><br>allow said at least one of said plurality of users to select one of a plurality of levels of details for displaying qualitative information related to the points of interest; | ## My profile<br><br>Your Maps public profile lets you showcase your photos, reviews, lists, and other Maps content. On your Maps profile, you can:<br><br>• Change your Google name and profile photo.<br>• Add a short bio to your profile.<br>• Manage your account settings and privacy controls.<br>• Find your past contributions and posts.<br>• Find the views and likes on your contributions.<br>• Review your topic stats.<br><br>**Tip:** Your name, photo, and bio will always be found on your profile.<br><br>In addition, Google's Accused Products store personalized points of interest selected by at least one of plurality of users, as shown below exemplarily. |

**<u>Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)</u>**



These stored exemplary personalized points of interest are further shown below.

<u>Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)</u>



Google's Accused Products display these personalized points of interest within the map, as shown below exemplarily.

**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**



Furthermore, Google's Accused Products import an imported address from at least one of a customer relationship management application and a contacts application, as shown below exemplarily.

10

**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**



Google's Accused Products import address from the above exemplary contacts application and displays it on the map, as shown below exemplarily.

**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**



Further, Google's Accused Products store imported address as a personalized point of interest by at least one of the plurality of users, as shown below exemplarily.

12

<u>Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)</u>



Furthermore, Google's Accused Products allow at least one of the plurality of users to select one of a plurality of levels of detail for displaying qualitative information related to the points of interest, as shown below exemplarily.

13

**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**



| 1[D] | wherein said mapping information is configured to be accessible by said plurality of users with said plurality of computing devices, each of said plurality of computing devices comprising a graphical | Google's Accused Products comprise mapping information that is configured to be accessible by said plurality of users with said plurality of computing devices, each of said plurality of computing devices comprising a graphical user interface (GUI) provided by an internet browser or a mapping application. *See e.g.*:<br><br>The mapping information is configured to be accessible by the plurality of users with the plurality of computing devices, each of the plurality of computing devices comprising a graphical user interface provided by an internet browser as shown below exemplarily. |
| --- | --- | --- |

<u>**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**</u>

| | user interface (GUI) provided by an internet browser or a mapping application. | 

Further, the mapping information is configured to be accessible by the plurality of users with the plurality of computing devices, each of the plurality of computing devices comprising a graphical user interface provided by a mapping application as shown below exemplarily. |
|---|---|---|

**Ex. 8 - Infringement Chart for U.S. Patent No. 11,372,903 (Claim 1)**

