Mateo Z. Fowler (CA Bar No. 241295)
mateofowler@mzflaw.com
MZF LAW FIRM, PLLC
12121 Wilshire Blvd. Suite 805
Los Angeles, CA 90025
Telephone: (281) 546-5172

Jason McManis (Pending *pro hac vice*)
jmcmanis@azalaw.com
**AHMAD, ZAVITSANOS & MENSING PLLC**
1221 McKinney St., Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101

Weining Bai (Pending *pro hac vice*)
wbai@azalaw.com
**AHMAD, ZAVITSANOS & MENSING PLLC**
1221 McKinney St., Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101

*Attorneys for Plaintiff, Never-Search, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVER-SEARCH, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE, LLC, <br><br> *Defendant*. | CASE NO. 4:24-cv-03733 <br><br> **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Never-Search, Inc. ("Never-Search" or "Plaintiff") by and through their undersigned counsel state that they have no parent corporation and that no publicly held corporation owns 10% or more of their stock.

Dated: June 21, 2024                              Respectfully submitted,

*/s/*
Mateo Z. Fowler (CA Bar No. 241295)
MZF Law Firm, PLLC
12121 Wilshire Blvd. Suite 805
Los Angeles, CA 90025
Telephone: (281) 546-5172


*/s/*
Jason S. McManis
(pending pro hac vice)
Weining Bai
(pending pro hac vice)
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
wbai@azalaw.com

***Attorneys for Plaintiff** Never-Search, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5-1(b) on June 21, 2024.

/s/ Mateo Z. Fowler
Mateo Z. Fowler