AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the Northern District of California____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:23-cv-03733-VKD | DATE FILED<br>6/21/2024 | U.S. DISTRICT COURT<br>for the Northern District of California |
|---|---|---|
| PLAINTIFF<br>NEVER-SEARCH, INC. | | DEFENDANT<br>GOOGLE, LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,388,519 | 6/17/2008 | Never-Search, Inc. |
| 2 | 8,219,318 | 7/10/2012 | Never-Search, Inc. |
| 3 | 9,152,981 | 10/6/2015 | Never-Search, Inc. |
| 4 | 9,177,330 | 11/3/2015 | Never-Search, Inc. |
| 5 | 9,599,479 | 3/21/2017 | Never-Search, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>MARK B. BUSBY | (BY) DEPUTY CLERK<br>*Diane Miyashiro* | DATE<br>6/21/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

**CONTINUATION OF AO 120**

| DOCKET NO.<br><br>5:24-cv-03733-VKD | | DATE FILED<br><br>06/21/2024 | US DISTRICT COURT<br><br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|
| **PLAINTIFF**<br><br>NEVER-SEARCH, INC. | | **DEFENDANT**<br><br>GOOGLE, LLC | |
| | **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 6. | 10,509,810 | 12/17/2019 | Never-Search, Inc. |
| 7. | 11,086,910 | 08/10/2021 | Never-Search, Inc. |
| 8. | 11,372,903 | 06/28/2022 | Never-Search, Inc. |