Mateo Z. Fowler (CA Bar No. 241295)
mateofowler@mzflaw.com
MZF LAW FIRM, PLLC
12121 Wilshire Blvd. Suite 805
Los Angeles, CA 90025
Telephone: (281) 546-5172

Jason McManis (Pending *pro hac vice*)
jmcmanis@azalaw.com
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney St., Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062
Weining Bai (Pending *pro hac vice*)
wbai@azalaw.com
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney St., Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062

*Attorneys for Never-Search, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEVER-SEARCH, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE, LLC, <br><br> *Defendant*. | CASE NO. 24-cv-3733 <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Magistrate Judge Virginia K. DeMarchi |

PLEASE TAKE NOTICE that Sujeeth Rajavolu of the law firm Ahmad, Zavitsanos & Mensing PLLC., and admitted to practice before this Court, hereby enters his appearance as counsel for Plaintiff Never-Search, Inc ("Never-Search") in the above-captioned matter.

Copies of all pleadings, papers, correspondence, electronic filing notices or communications of any kind regarding the above-styled and numbered should be directed to:

> Sujeeth Rajavolu
> California Bar No. 324669
> Ahmad, Zavitsanos & Mensing PLLC
> 1221 McKinney, Ste. 2500
> Houston, TX 77010
> Telephone: (713) 655-1101
> Facsimile: (713) 655-0062
> srajavolu@azalaw.com

Dated: July 3, 2024

Respectfully submitted,

AHMAD, ZAVITSANOS & MENSING PLLC

By: */s/ Sujeeth Rajavolu*
    Sujeeth Rajavolu

***Attorney for Never-Search, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(b)(1) on July 3, 2024.

    /s/ Sujeeth Rajavolu
Sujeeth Rajavolu