UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVER-SEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORP., <br><br> Defendant. | Case No. 24-cv-03950-HSG <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Rita F. Lin for consideration of whether the case is related to *Never-Search, Inc. v. Google, LLC*, Case No. 24-cv-03733-RFL.

**IT IS SO ORDERED.**

Dated:   7/10/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge