UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVER-SEARCH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | Case No. 24-cv-03945-RS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Rita F. Lin for consideration of whether the case is related to *Never-Search, Inc. v. Google, LLC*, No. 3:24-cv-03733-RFL.

**IT IS SO ORDERED.**

Dated: July 11, 2024

_____
RICHARD SEEBORG
Chief United States District Judge