| | |
|---|---|
| 1 | DARIN W. SNYDER (S.B. #136003) |
|   | dsnyder@omm.com |
| 2 | LUANN L. SIMMONS (S.B. #203526) |
|   | lsimmons@omm.com |
| 3 | DAVID S. ALMELING (S.B. #235449) |
|   | dalmeling@omm.com |
| 4 | MARK LIANG (S.B. #278487) |
|   | mliang@omm.com |
| 5 | BILL TRAC (S.B. #281437) |
|   | btrac@omm.com |
| 6 | **O'MELVENY & MYERS LLP** |
|   | Two Embarcadero Center, 28th Floor |
| 7 | San Francisco, California 94111-3823 |
|   | Telephone:  +1 415 984 8700 |

LAURA GORE (*pro hac vice forthcoming*)
lgore@omm.com
AMY ZHAO (*pro hac vice forthcoming*)
amyzhao@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone:  +1 212 326 2000

*Attorneys for Defendant Google LLC*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEVER-SEARCH, INC., | Case No. 3:24-cv-03733-RFL |
| Plaintiff, | **DEFENDANT GOOGLE LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS UNDER L.R. 3-15** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Google LLC discloses the following:

1. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 23, 2024 | /s/    Mark Liang |
| | | Mark Liang |
| 3 | | DARIN W. SNYDER (S.B. #136003) |
| | | dsnyder@omm.com |
| 4 | | LUANN L. SIMMONS (S.B. #203526) |
| | | lsimmons@omm.com |
| 5 | | DAVID S. ALMELING (S.B. #235449) |
| | | dalmeling@omm.com |
| 6 | | MARK LIANG (S.B. #278487) |
| | | mliang@omm.com |
| 7 | | BILL TRAC (S.B. #281437) |
| | | btrac@omm.com |
| 8 | | **O'MELVENY & MYERS LLP** |
| | | Two Embarcadero Center, 28th Floor |
| 9 | | San Francisco, California  94111-3823 |
| | | Telephone:    +1 415 984 8700 |

LAURA GORE (*pro hac vice forthcoming*)
lgore@omm.com
AMY ZHAO (*pro hac vice forthcoming*)
amyzhao@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone:    +1 212 326 2000

FRANCES MACKAY (*pro hac vice forthcoming*)
fmackay@omm.com
**O'MELVENY & MYERS LLP**
2501 North Harwood Street, Suite 1700
Dallas, TX 75201-1663
Telephone:    +1 972 360 1900

KELVIN HAN (S.B. #334912) (*admission forthcoming*)
kelvinhan@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone:  213-430-6000
*Attorneys for Defendant Google LLC*

- 2 -

CORP. DISCLOSURE STATEMENT &
CERT. OF INTER. ENTITIES OR PERSONS
NO. 3:24-CV-03733-RFL