**APPENDIX A**

Claim 9 of U.S. Patent No. 9,152,981 (Representative Claim for ’981 and ’910 Patents)

9. A method comprising:

displaying a geographical map on a computer display wherein the geographical map includes a plurality of selectable points of interest; and

based on a selection of one of the selectable of said plurality of points of interest, displaying on said computer display a list of advertisements associated with the selected one of the plurality of points of interest.

Claim 1 of U.S. Patent No. 7,388,519 (Representative Claim for ’519 Patent)

1. A method, comprising the computer-implemented steps of:

displaying a geographical map;

displaying in the map, concurrently, icons identifying two or more points of interest at graphical locations in the map corresponding to geographical locations of the points of interest;

concurrently displaying, over the map, for each of the two or more points of interest at different geographical locations, particular qualitative information associated with the associated point of interest;

wherein all the qualitative information for all the points of interest is concurrently displayed in the map;

displaying, over the map, for each of the points of interest, an information box comprising the qualitative information for the associated point of interest, a first control which when selected causes displaying a higher level of information in the information box, and a second control which when selected causes displaying a lower level of information in the information box;

wherein each of the points of interest is associated with one or more datasets, and wherein different qualitative information is displayed for different datasets.

Claim 1 of U.S. Patent No. 8,219,318 (Representative Claim for ’318, ’330, ’479, and ’810 Patents)

1. A method, comprising:

storing, in a database communicatively coupled to a data network, a point of interest associated with a first location on a geographical map, and information identifying a manager of the point of interest;

receiving map location information associated with the point of interest;

causing to be displayed, based on the map location information, a portion of the geographical map that includes the point of interest, on a computer display associated with the manager;

receiving, from a computer associated with the manager and coupled to the database over the data network, location data that indicates a second location, specified by the manager on the portion of the geographical map, of the point of interest;

wherein the second location is different than the first location;

updating, in the database, based on the second location, coordinate data associated with the first location of the point of interest.

Claim 1 of U.S. Patent No. 11,372,903 (Representative Claim for ’903 Patent)

1. A mapping system for providing mapping information to a plurality of users with a plurality of computing devices over the Internet, comprising:

one or more databases storing said mapping information for displaying a map, said mapping information comprising: map layer information, points of interest information, and qualitative information related to said points of interest; and

at least one server storing computer instructions configured to:

create an account on said mapping system for at least one of said plurality of users having at least one of said plurality of computing devices;

store personalized points of interest selected by said at least one of said plurality of users;

display said personalized points of interest within said map;

import an imported address from at least one of: a customer relationship management (CRM) application; and a contacts application;

display said imported address on said map;

store said imported address as a personalized point of interest by said at least one of said plurality of users; and

allow said at least one of said plurality of users to select one of a plurality of levels of detail for displaying qualitative information related to the points of interest;

wherein said mapping information is configured to be accessible by said plurality of users with said plurality of computing devices, each of said plurality of computing devices comprising a graphical user interface (GUI) provided by an internet browser or a mapping application.