DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
DAVID S. ALMELING (S.B. #235449)
dalmeling@omm.com
MARK LIANG (S.B. #278487)
mliang@omm.com
BILL TRAC (S.B. #281437)
btrac@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700

LAURA GORE (*pro hac vice forthcoming*)
lgore@omm.com
AMY ZHAO (*pro hac vice forthcoming*)
amyzhao@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone: +1 212 326 2000

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

NEVER-SEARCH, INC.,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

Case No. 3:24-cv-03733-RFL

**DECLARATION OF DAVID S. ALMELING IN SUPPORT OF GOOGLE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)**

I, David S. Almeling, declare and state as follows:

1. I am a partner at the law firm of O'Melveny & Myers LLP, counsel for Defendant Google LLC ("Google") in the-above captioned matter. I am admitted to practice law in California. I make this Declaration in support of Google's Motion to Dismiss the Complaint. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,388,519.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 8,219,318.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 9,177,330.

5. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 9,152,981.

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 9,599,479.

7. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 10,509,810.

8. Attached hereto as Exhibit 7 is a true and correct copy of U.S. Patent No. 11,086,910.

9. Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent No. 11,372,903.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California, on this 23rd day of September, 2024.

*<u>/s/ David S. Almeling</u>*
David S. Almeling