# EXHIBIT 1

US007388519B1

(12) **United States Patent**
**Kreft**

(10) **Patent No.: US 7,388,519 B1**
(45) **Date of Patent: Jun. 17, 2008**

(54) **DISPLAYING POINTS OF INTEREST WITH QUALITATIVE INFORMATION**

(76) Inventor: **Keith A. Kreft**, 10843 Wilkinson Ave., Cupertino, CA (US) 95014

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 217 days.

(21) Appl. No.: **10/897,905**

(22) Filed: **Jul. 22, 2004**

**Related U.S. Application Data**

(60) Provisional application No. 60/488,784, filed on Jul. 22, 2003.

(51) **Int. Cl.**
***G08G 1/123*** (2006.01)
***G01C 21/00*** (2006.01)

(52) **U.S. Cl.** ............................ **340/995.24**; 340/995.1; 340/995.11; 340/995.12; 340/995.14; 340/995.17; 701/207; 701/211

(58) **Field of Classification Search** .................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,570,227 A 2/1986 Tachi et al.
4,737,927 A 4/1988 Hanabusa et al.
4,761,742 A 8/1988 Hanabusa et al.
4,972,319 A 11/1990 Delorme
5,353,034 A 10/1994 Sato et al.
5,470,233 A 11/1995 Fruchterman et al.
5,559,707 A 9/1996 DeLorme et al.
5,794,164 A 8/1998 Beckert et al.
5,802,492 A 9/1998 DeLorme et al.
5,832,408 A 11/1998 Tamai et al.
5,848,373 A 12/1998 DeLorme et al.
5,930,474 A 7/1999 Dunworth et al.
5,948,040 A 9/1999 DeLorme et al.
6,009,403 A 12/1999 Sato
6,085,148 A 7/2000 Jamison et al.
6,092,076 A 7/2000 McDonough et al.
6,118,404 A 9/2000 Fernekes et al.
6,202,023 B1 3/2001 Hancock et al.
6,240,360 B1 5/2001 Phelan
6,266,614 B1 7/2001 Alumbaugh
6,278,938 B1 8/2001 Alumbaugh
6,278,940 B1 8/2001 Endo
6,282,489 B1 8/2001 Bellesfield et al.
6,308,177 B1 10/2001 Israni et al.
6,321,158 B1 11/2001 DeLorme et al.
6,323,885 B1 11/2001 Wiese
6,336,073 B1 1/2002 Ihara et al.

(Continued)

OTHER PUBLICATIONS

Microsoft Corporation. (2003). *Microsoft Streets & Trips 2004*. pp. 1-12.

(Continued)

*Primary Examiner*—Julie Lieu
(74) *Attorney, Agent, or Firm*—Hickman Palermo Truong & Becker LLP

(57) **ABSTRACT**

A method is disclosed for associating and displaying qualitative information with points of interest in a graphical map. In one embodiment, a method comprises the computer-implemented steps of displaying a geographical map; displaying in the map, concurrently, icons identifying one or more points of interest at graphical locations in the map corresponding to geographical locations of the points of interest; and concurrently displaying, over the map, for each of the points of interest, qualitative information associated with the associated point of interest. Each of the points of interest is associated with one or more datasets, and different qualitative information is displayed for different datasets.

**20 Claims, 8 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,336,111 | B1 | 1/2002 | Ashby et al. |
| 6,345,266 | B1 | 2/2002 | Ganguly et al. |
| 6,356,834 | B2 | 3/2002 | Hancock et al. |
| 6,374,180 | B1 | 4/2002 | Slominski et al. |
| 6,401,034 | B1 | 6/2002 | Kaplan et al. |
| 6,405,123 | B1 | 6/2002 | Rennard et al. |
| 6,405,129 | B1 | 6/2002 | Yokota |
| 6,408,307 | B1 | 6/2002 | Semple et al. |
| 6,415,291 | B2 | 7/2002 | Bouve et al. |
| 6,434,481 | B2 | 8/2002 | Winter et al. |
| 6,434,482 | B1 | 8/2002 | Oshida et al. |
| 6,442,475 | B1 | 8/2002 | Utsui et al. |
| 6,456,932 | B2 | 9/2002 | Yagyu |
| 6,473,692 | B2 | 10/2002 | Hancock et al. |
| 6,484,094 | B1 | 11/2002 | Wako |
| 6,487,495 | B1 | 11/2002 | Gale et al. |
| 6,498,982 | B2 | 12/2002 | Bellesfield et al. |
| 6,526,351 | B2 | 2/2003 | Whitham |
| 6,529,143 | B2 | 3/2003 | Mikkola et al. |
| 6,542,814 | B2 | 4/2003 | Polidi et al. |
| 6,542,817 | B2 | 4/2003 | Miyaki |
| 6,553,310 | B1 | 4/2003 | Lopke |
| 6,571,169 | B2 | 5/2003 | Miyaki |
| 6,577,714 | B1 | 6/2003 | Darcie et al. |
| 6,580,375 | B2 | 6/2003 | Ruhl |
| 6,587,782 | B1 * | 7/2003 | Nocek et al. ............... 701/200 |
| 6,587,787 | B1 * | 7/2003 | Yokota ....................... 701/212 |
| 6,604,046 | B1 | 8/2003 | Van Watermulen et al. |
| 6,640,187 | B1 | 10/2003 | Chenault et al. |
| 6,677,894 | B2 | 1/2004 | Sheynblat et al. |
| 2002/0054134 | A1 | 5/2002 | Kelts |
| 2002/0112237 | A1 * | 8/2002 | Kelts ........................... 725/39 |
| 2002/0130906 | A1 * | 9/2002 | Miyaki ....................... 345/837 |
| 2003/0069693 | A1 * | 4/2003 | Snapp et al. ................ 701/213 |
| 2004/0008225 | A1 * | 1/2004 | Campbell ................... 345/764 |
| 2005/0251331 | A1 * | 11/2005 | Kreft .......................... 701/207 |

OTHER PUBLICATIONS

Esri. (1999-2003). *BusinessMAP Travel Edition User's Guide, Version 2.0*. pp. 1-79.

The Apache Software Foundation. (1999-2000). *Street Atlas USA 2004 Plus User Guide*. pp. 1-181.

The Apache Software Foundation. (1999-2000). *Street Atlas USA 2003 Plus User Guide*. pp. 1-141.

USPTO, PCT International Search Report and transmittal, Feb. 26, 2007, pp. 1-6, USPTO, Alexandria, Virginia.

USPTO, PCT Written Opinion of the International Searching Authority, Feb. 26, 2007, pp. 1-7, USPTO, Alexandria, Virginia.

* cited by examiner

Case 3:24-cv-03733-RFL Document 36-1 Filed 09/23/24 Page 4 of 18



Figure 1



Figure 2


File Edit View Data Route Tools Help
Legend and Overview
North America United States California Cities
Road Map
Spring Valley Golf Course
3441 East Calaveras Boulevard
Milpitas, CA 95035
Phone: (408) 262-1722
Web: www.springvalleygolfcourse.com
Type: Public
Holes: 18 Holes
Fees: $11-$52, Cart: $24-$26
Par: 70
Rating: 68.8
Slope: 112
Yardage: 6,099
Show All Information — 203
Show Basic Info Only — 205
Show Name Only — 207
Close Label — 209
Mark As Favorite — 212
Cut
Copy
Zoom To
Orientation
Hide All Information
Highlight
Route
Find Nearby Places
Properties
Kinko's
598 E El Camino Real
Sunnyvale, CA 94087-1995
Phone: (408) 530-0111
Los Altos Golf Course
1560 Country Club Drive
Los Altos, CA 94024
Phone: (650) 947-3110
Web: www.lagcc.com
Type: Private
Holes: 18 Holes
Fees: $70-$150, Cart: $26
Par: 71
Rating: 71.7
Slope: 132
Yardage: 6,484
Ridge Vineyards
Pushpins
Favorites
Golf Courses
Kinko's
Starbucks
Wineries
All
Populated Places
Major City (1,000,000+)
City (500,000 - 999,999)
Minor City (100,000 - 499,999)
Town (20,000 - 99,999)
Other Place
National Capital
Other Capital
Boundaries
Transportation
Parks and Reserves
Miscellaneous
204
202
201
211
206
213
208
102
180



North America
United States
California
Cities
Legend and Overview
Pushpins
Favorites
Golf Courses
Kinko's
Starbucks
Wineries
All
Populated Places
Boundaries
Transportation
Parks and Reserves
Miscellaneous
Cut
Copy
Paste
Zoom to Selection
Match Records...
Delete
Properties
Hide Markers
Close All Labels
Open Name Only
Open Basic Info Only
Open All Information
120
303
301
304
305
306
Los Altos Golf Course
1560 Country Club Drive
Los Altos, CA 94024
Phone: (650) 947-3110
Web: www.lagcc.com
Type: Private
Holes: 18 Holes
Fees: $70-$150, Cart: $25
Par: 71
Rating: 71.7
Slope: 132
Yardage: 6,484
Kinko's
598 E El Camino Real
Sunnyvale, CA 94087-1995
Phone: (408) 530-0111
Spring Valley Golf Course
3441 East Calaveras Boulevard
Milpitas, CA 95035
Phone: (408) 262-1722
Web: www.springvalleygolfcourse.com
Type: Public
Holes: 18 Holes
Fees: $11-$52, Cart: $24-$26
Par: 70
Rating: 68.8
Slope: 112
Yardage: 6,099
Ridge Vineyards
Road Map
Type place or address


Figure 3

Figure 4



File Edit View Data Route Tools Help
Type place or address
Find
Road Map
North America United States California Cities
Legend and Overview
Pushpins
Favorites
Golf Courses
Kinko's
Starbucks
Wineries
160
303
Cut
Copy
Paste
Zoom to Selection
Match Records...
Delete 306
Properties 305
Hide Markers
Close All Labels
Open Name Only 301
Open Basic Info Only
Open All Information
Populated
Boundaries
Transportation
Parks and
Points of I
National Park Facilities
Miscellaneous
Draw
Sunnyvale
Santa Clara
San Jose
Cupertino
Los Altos
Moffett Field Golf Course
Sunnyvale Golf Course
Sunken Gardens Golf Course
Blackberry Farm Golf Course
Deep Cliff Golf Course
Los Altos Golf Course
Santa Clara Golf & Tennis
Pruneridge Golf C
102
180


101

Figure 5


File Edit View Data Route Tools Help
Type place or address
Find
Road Map
North America United States California Cities
Legend and Overview
Pushpins
Favorites
Golf Courses
Kinko's
Starbucks
Wineries
All
Populated Places
Close All Labels
Open Name Only
Open Basic Info
Open All Information
Copy
Zoom to Selection
Unmark As Favorites
110
501
Minor City (100,000 - 499,999)
Town (20,000 - 99,999)
Other Place
National Capital
Other Capital
Boundaries
Transportation
Parks and Reserves
Miscellaneous
Draw
Pruneridge Golf Course
400 North Saratoga Avenue
Santa Clara, CA 95050
Phone: (408) 248-4424
Web: www.pruneridgegolfclub.com
Type: Public
Holes: 9 Holes
Fees: $16
Par: 62
Rating: 58
Slope: 92
Yardage: 3,628
Starbucks Coffee - Willow Glen
1396 Lincoln Avenue
San Jose, CA 95125
Phone: (408) 298-5272
Kinko's
10 E Hamilton Ave Ste 500
Campbell, CA 95008-0225
Desc: Hamilton Ave
Phone: (408) 379-4454
Fax: (408) 379-5266
Email: usa2904@kinkos.com
Kinko's
3161 Mission College Blvd
Santa Clara, CA 95054-1832
Desc: Great America
Phone: (408) 982-9600
Fax: (408) 982-3629
Email: usa0337@kinkos.com
Picchetti Winery
13100 Montebello Rd.
Cupertino, CA 95014
Phone: 408.741.1310
Toll Free:
Tasting: Yes
Hours: 10:00 am - 5:00 pm
Cost: $ 5 for non-members
Starbucks Coffee
12960 Saratoga Sunnyvale # R
Saratoga, CA 95070
Phone: (408) 867-1732
Los Altos Golf Course
1560 Country Club Drive
Los Altos, CA 94024
Phone: (650) 947-3110
Web: www.lagcc.com
Type: Private
Holes: 18 Holes
Fees: $70-$150, Cart: $26
Par: 71
Rating: 71.7
Slope: 132
Yardage: 6,484
Ridge Vineyards
17100 Montebello Rd.
Cupertino, CA 95014
Phone: 408/867-3233
Toll Free:
Tasting: Yes
Hours: 10:00 am - 3:30 pm
Cost: $ No
San Francisco Bay
Milpitas
Sunnyvale
Campbell
Saratoga
Los Gatos
Palo Alto
Menlo Park
Atherton
Los Altos
Portola Valley
Burbank
Stevens Creek Reservoir
Sanborn-Skyline County Park
Castle Rock State Park
Long Ridge
S A N T A C R U Z
Salt Lake City
San Francisco
Stockton
Las Vegas
Los Angeles
Phoenix
Tijuana
Salinas
UNITED STATES

Figure 6




601
604
603

Figure 7



File Edit View Data Route Tools Help
White Castle
Find
Road Map
Legend and Overview
North America United States Illinois
Folder List
Points of Interest - All 160
Favorites 110
Golf Courses 120
Military
Private
Public
Kinkos 130
Shopping 612
Antique Shops 613
Department Stores 614
Malls 615
Outlet Stores 616
Specialty Stores 617
Thrift Stores 618
Starbucks 140
White Castle 611
Wineries 150
Populated Places
Boundaries
Transportation
Parks and Reserves
Miscellaneous
Draw
180
620
619
White Castle
1219 N Lake St
Aurora, IL 60506
(630) 897-2211
White Castle
110 W North Ave
Carol Stream, IL 60188
(630) 510-9111
White Castle
1204 75th St
Downers Grove, IL 60516
(630) 960-3892
White Castle
120 S Bolingbrook Dr
Bolingbrook, IL 60440
(630) 739-3336
White Castle
1100 W Golf Rd
Schaumburg, IL 60194
(847) 882-3891
White Castle
306 W North Ave
Villa Park, IL 60181
(630) 833-0047
White Castle
840 W North Ave
Melrose Park, IL 60160
(708) 343-5406
White Castle
10339 Grand Ave
Franklin Park, IL 60131
(847) 455-8812
White Castle
6059 S La Grange Rd
La Grange, IL
White Castle
2209 S Cicero Ave
Cicero, IL 60804
(708) 656-4884
White Castle
9501 S Cicero Ave
Oak Lawn, IL 60453
White Castle
7155 Ogden Ave
Berwyn, IL 60402
(708) 795-6811
White Castle
11053 Southwest Hwy
Palos Hills, IL 60465
(708) 974-9210
White Castle
7900 S Harlem Ave
Bridgeview, IL 60455
(708) 594-7060
White Castle
15801 S Harlem Ave
Orland Park, IL 60462
(708) 532-3846
White Castle
1400 E Sibley Blvd
White Castle
1551 River Oak
Calumet City, IL
(708) 831-0490
White Castle
18250 Halsted St
Homewood, IL 60430
(708) 957-2680
White Castle
701 W 14th St
Chicago Heights, IL 60411
(708) 481-2371
White Castle
1803 W Jefferson St
Joliet, IL 60435
(815) 725-1310
Aurora
Naperville
Fermi National Accelerator

**FIG. 8**


SERVER
830
INTERNET
828
ISP
826
LOCAL NETWORK
822
HOST
824
NETWORK LINK
820
800
STORAGE DEVICE
810
ROM
808
MAIN MEMORY
806
BUS
802
COMMUNICATION INTERFACE
818
PROCESSOR
804
DISPLAY
812
INPUT DEVICE
814
CURSOR CONTROL
816

# DISPLAYING POINTS OF INTEREST WITH QUALITATIVE INFORMATION

## CROSS-REFERENCE TO RELATED APPLICATIONS; PRIORITY CLAIM

This application claims benefit of Provisional Appln. 60/488,784, filed Jul. 22, 2003, the entire contents of which is hereby incorporated by reference as if fully set forth herein, under 35 U.S.C. §119(e).

## FIELD OF THE INVENTION

The present invention generally relates to information display systems. The invention relates more specifically to information systems that display geographical maps.

## BACKGROUND

The approaches described in this section could be pursued, but are not necessarily approaches that have been previously conceived or pursued. Therefore, unless otherwise indicated herein, the approaches described in this section are not prior art to the claims in this application and are not admitted to be prior art by inclusion in this section.

Travel map software programs for use with personal computers are useful for locating places and points of interest when the addresses of the places and points of interest are known. Such programs also can provide driving or routing directions between identified locations. The industry has seen a major emphasis placed on tying GPS sensors into these programs to provide the user with in-vehicle navigation information. However, both the PC-based and the in-vehicle navigation programs are poorly suited for locating points of interest when either the specific street address, or the exact name of the place of interest, is unknown.

For example, in many systems, points of interest can only be seen, or be fully identified, by zooming in to view the map at a street level and scouring the map for the points. The points of interest either disappear or loose recognizable characteristics if the map is viewed at higher, zoomed-out, levels. Unfortunately, this approach is extremely tedious to use for identifying a particular points of interest. For example, a user seeking a particular category of restaurant, without knowing the specific street address or exact name, may have to view dozens of streets at a fine level of detail before concluding that the locality does not have a restaurant in the category.

Many existing the map programs provide search functions. With the search functions, a user can look for a point of interest based on a portion of the complete name of the points of interest, without providing or knowing the full street address. For example, a search query of the form "STARBUCKS" will yield a list of locations of Starbucks coffee houses. However, such searches often can yield a long listing of stores, restaurants or other matching points of interest consisting of the name of each point of interest and a street address at which the point is located. Often these are listed alphabetically. If the user is familiar with the geographic area of interest to the user, then the user might recognize the location of one of the points in the list. If the user is unfamiliar or visiting a particular geographic area, thought, then the user may be unable to determine whether a particular point of interest in the list is close to the user's location. Browsing though the list, selecting one of the listings, displaying a map that contains the selected point, and determining if the region around the point is familiar or can be located, can be a time consuming and frustrating ordeal.



An additional problem with current map systems is that they do not provide qualitative information about certain kinds points of interest. For some points of interest, additional information can be very helpful in qualifying whether a visit or further investigation is appropriate. For example, consider golf courses. Knowing the type of course (e.g., public or private), the number of holes, the fees, the degree of difficulty, etc., is essential in deciding whether to play a particular course. Having a map display that shows only the course name, address and phone number (termed "telephone book information" or "white pages information" herein), does not provide enough information to make an informed decision on whether to further pursue a candidate point of interest.

No currently available map programs do a respectable job locating golf courses. One reason is that golf course names do not follow any particular naming convention. A course name may contain the words "golf course," "golf club," "country club," etc. Some country clubs do not have a golf course. In addition, golf course addresses are often vanity addresses, e.g., One Golf Club Drive. Many of these addresses refer to private roads that are not mapped and do not appear on geo-coded systems that are used in the map programs.

Other kinds of points of interest are difficult to locate using current map programs because of the lack of qualitative information. For example, a mapping program might be able to find the location of a vineyard or a winery, but the user must consult other resources to find the hours of operation, whether the location has wine tasting, whether a tasting charge applies, etc.

Based on the foregoing, there is a clear need for an improved travel mapping program that can quickly deliver enhanced Point of Interest (POI) information. It would be useful to have information beyond the name, address, and phone number data that are typically provided. There is also a need for a better, more effective means of locating points of interest, and the aforementioned enhanced information, eliminating timely and sometimes fruitless searches.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example, and not by way of limitation, in the accompanying drawings in which:

FIG. **1** is an example map diagram that may be displayed according to one embodiment, and showing varieties of points of interest, some with their information windows fully open, displaying examples of enhanced information.

FIG. **2** shows the example map of FIG. **1** additionally showing example options for selecting the level of display and the amount of information displayed for one point of interest.

FIG. **3** shows the example map of FIG. **1** further showing example options for selecting the level of display and the amount of information displayed, enacted en masse for all of one type of point of interest.

FIG. **4** shows the example map of FIG. **1** further showing example options for selecting a level of display and the amount of information displayed, enacted en masse for all points of interest.

FIG. **5** shows the example map of FIG. **1** further showing example options for selecting the level of display and the

amount of information displayed, enacted on all points of interest which are marked as "favorites."

FIG. **6** shows the example map of FIG. **1** further showing additional, improved controls for a search results listing.

FIG. **7** shows the example map of FIG. **1** with use of a folder list system for organizing datasets into subsets.

FIG. **8** is a block diagram that illustrates a computer system upon which an embodiment may be implemented.

## DETAILED DESCRIPTION

Techniques for displaying points of interest with qualitative information are described. In the following description, for the purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known structures and devices are shown in block diagram form in order to avoid unnecessarily obscuring the present invention.

Embodiments are described herein according to the following outline:

1.0 General Overview
2.0 Structural and Functional Overview
3.0 Implementation Mechanisms—Hardware Overview
4.0 Extensions and Alternatives

### 1.0 General Overview

The needs identified in the foregoing Background, and other needs and objects that will become apparent for the following description, are achieved in the present invention, which comprises, in one aspect, a method comprising the computer-implemented steps of displaying a geographical map; displaying in the map, concurrently, icons identifying one or more points of interest at graphical locations in the map corresponding to geographical locations of the points of interest; and concurrently displaying, over the map, for each of the points of interest, qualitative information associated with the associated point of interest; wherein each of the points of interest is associated with one or more datasets, and wherein different qualitative information is displayed for different datasets.

According to one feature, icons for two or more points of interest are concurrently displayed in the maps, and wherein qualitative information for all the points of interest is concurrently displayed in the map in association with the points of interest.

In another feature, the method further comprises receiving user input in association with a selected one of the points of interest, wherein the user input indicates a selection of one of a plurality of levels of information to display with the selected point of interest, wherein one of the levels of information comprises the qualitative information; and in response to receiving the user input, re-displaying a different level of information in association with the selected point of interest, wherein the level corresponds to the selection. In a related feature, the plurality of levels comprises all information including qualitative information, basic information only, and name only.

In yet another feature, the method includes associating a category name with a sub-set of the points of interest; receiving user input in association with the category name, wherein the user input indicates a selection of one of a plurality of levels of information to display with all points of interest in the subset; and in response to receiving the user input, re-displaying a different level of information in association with all points of interest in the subset, wherein the level corresponds to the selection. In still another feature, the qualitative information comprises any information, other than name, address or location, telephone number, and type of point of interest, that is useful to a user in determining whether to visit the point of interest, patronize the point of interest, or compare the point of interest to other similar points of interest.

Further, the category name may identify all the points of interest, and the sub-set may comprise all the points of interest. A plurality of category names may be organized and displayed in a hierarchical list of folders. The method may also feature receiving user input selecting a category name from a hierarchical list of category names.

In another feature, the method further involves creating and storing a list of user favorite points of interest; receiving user input identifying a particular point of interest as a user favorite; and associating the particular point of interest with the list of user favorite points of interest. In still another feature, the method provides for associating a favorites category name with the user favorite points of interest; receiving user input in association with the favorites category name, wherein the user input indicates a selection of one of a plurality of levels of information to display with all of the user favorite points of interest; and in response to receiving the user input, re-displaying a different level of information in association with all the user favorite points of interest, wherein the level corresponds to the selection.

In yet another feature, the method provides for associating a favorites category name with the user favorite points of interest; receiving user input in association with the favorites category name, wherein the user input requests discontinuing display of all the user favorite points of interest; and in response to receiving the user input, re-displaying the map without all the user favorite points of interest. The method may further involve re-displaying the map and displaying only the user favorite points of interest in the map.

In still another feature, the method includes receiving a search query; generating and displaying a result list of points of interest in response the search query; receiving user input identifying two or more selected points of interest that are selected from among the points of interest in the result list; and re-displaying the map, including concurrently displaying the selected points of interest identified by the user input. A related feature further involves creating and storing a dataset that contains the one or more selected points of interest, assigning a name to the dataset according to the search query, and displaying the name of the dataset in a hierarchical list of datasets.

In yet another feature, the qualitative information comprises any one or more of: ratings of users, reviewers, or media, pricing information, hours of operation, amenities, or hyperlinks to network resources associated with the points of interest. In still another feature, the qualitative information is displayed in an overlay balloon that provides qualitative information associated with the associated point of interest. Further, the steps may be performed as part of a travel or business mapping computer program.

In other aspects, the invention encompasses a computer apparatus and a computer-readable medium configured to carry out the foregoing steps.

### 2.0 Structural and Functional Overview

FIG. **1** shows an example screen display that may be generated by a mapping program that utilizes a method according to one embodiment. Point of Interest (POI) icons **100** are assigned to map location data sets shown in the left

column **101**. The data sets shown for the example map **180** include golf courses **120**, Kinko's stores **130**, Starbuck's coffee houses **140**, and wineries **150**. The locations of the points of interest are then displayed on the map as selectable icons **102**. As point of interest icons are selected, information on each is presented **103** in information balloons on the map.

FIG. **1** shows a number of fully open information balloons **103**, depicting the variety of information that might be provided. For example, in FIG. **1**, Golf Course information **107** includes basic telephone book information **104** such as name of the course, address and phone number, and also useful qualitative or supplemental information **105** including the type of course (Private, Public, Military, Resort, Municipal, etc), the number of holes, cost (range of greens fees that are charged), course statistics such as Par, Rating, Slope, and Yardage, and a Website address **106**. The qualitative information **105** also could contain additional useful information such as user ratings, an email address, the course designer, or information about course amenities (driving range, practice green, etc.). In this example, if the program is connected to the Internet, clicking on the website address **106** would connect the user to the golf course's listed web page.

FIG. **1** includes examples of other points of interest with qualitative. Supplemental information **152** for a winery **151** includes whether wine tasting is available, hours of operation and whether the winery charges for wine tasting.

FIG. **2** shows how the amount of information displayed for any point of interest can be altered. In this example, right clicking on the Spring Valley Golf Course icon **201** causes the program to display a menu of commands or functions **202** which can be performed on the selected point of interest. Thus the user can set each point of interest to display different levels of information about that point of interest. The highest level is set using the Show All Information command **203**, and causes all available data **204** for the point of interest to be displayed.

The next level of display is selected with the Show Basic Info Only command **205**. This sets the point of interest to display the name, address and phone number, as shown in the Kinko's information balloon **206**. The lowest information display level only shows the name of the point of interest, which is set using the Show Name Only command **207**. For example, the Ridge Vineyards label **208** is an example of a point of interest for which Show Name Only has been set. A Close Label command **209** suppresses display of the information box completely, so that only an icon is displayed, as in the example of golf course icon **102**. The foregoing are merely examples of information display levels that may be provided for qualitative information shown in association with point of interest icons. In other embodiments, other different levels of information display may be provided with other commands.

In one embodiment, controls to perform the foregoing functions, to increase or decrease the information display level, or to close the information box, also appear in the upper right hand corner of each information display box, as shown by controls **213**. In one embodiment, [−], [+], and [X] controls **211** are used respectively to decrease the information display level, increase the information display level, or close the qualitative information display box, respectively. Once these levels are set, the information and POI icons displayed are unaffected by the current zoom level of the map **180**. Thus, depending on the number of points of interest for which qualitative information is shown, information box overlapping may occur. However, selecting any



portion of any information box **204** or label **208** causes the program to bring that box or label to the front or top layer of the map. As the map is zoomed in or out, the size of the icon and the size of the information box (font size) may be appropriately changed, but the information box remains viewable and discernable.

FIG. **2** also shows a Mark As Favorite command **212**. With this command, the user can identify and select specific points of interest for special treatment, which are explained later in the description herein with reference to FIG. **5**.

In FIG. **3**, it is shown how the amount of information or information level for an entire set of points of interest can be set en masse, in a similar fashion to that described with FIG. **2**. As an example, the result of selecting an Open Name Only command **301** for the Golf Course data set **120** is shown is FIG. **4**. The information display level of "name only" is applied to all points of interest in the Golf Course data set **120**. In contrast, to accomplish an equivalent form of label setting in an existing mapping program would require a user to select each point of interest icon **102** individually, one at a time.

The command set **303** shown in FIG. **3** further includes an additional Hide Markers command **304**. With the Hide Markers command **304**, the user can remove a set of point of interest icons from appearing on the map **180**. For example, selecting the Golf Courses data set **120** and then selecting the Hide Markers command **304** causes the program to re-display map **180** without point of interest icons for golf courses.

A Properties command **305** allows customization of dataset elements. In one embodiment, two dataset property customization functions include selecting an icon or map symbol for use with all points of interest in the dataset, and selecting which data fields are displayed when the highest or "All Information" level of qualitative information display is set. As more information is displayed, and the information box becomes larger, it may be desirable to temporarily remove some of the data fields from being shown.

Referring now to FIG. **4**, in one embodiment, a dataset list **101** may include an All selection **160**. With this selection, the information display functions **303** described above with respect to FIG. **3** can be enacted against all datasets at the same time, in a similar fashion to that described with FIG. **3**. The use of the All selection **160** provides a time-saving function.

FIG. **5** shows a data set labeled as a Favorites dataset **110**. In one embodiment, a Favorites dataset **110** is made up of independent points of interest that are individually marked and selected by the user as preferred, special or unique, using the Mark As Favorite command **212** described above with reference to FIG. **2**. This allows the user to quickly display or change the display of all the points of interest which were previously determined as interesting, without having to look for those points of interest.

FIG. **5** also shows an Unmark As Favorites command **501** which, when selected by a user, removes all previously selected favorite points of interest from the Favorites dataset **110**. The Delete command **306** (FIG. **3**, FIG. **4**), when used against a specific data set, does not delete any data records relating to points of interest that have been marked as favorite. In various embodiments, data records that are marked as Favorites can either maintain a dual association with the original data set, or be duplicated.

FIG. **6** shows the results of a search for White Castle restaurant locations in a Find dialog box **601**. In past systems, a user can make only one selection at a time, and determine the location of only one location, such as restau-

rant location **602**. According to an embodiment, any number of listings that appear in search results may be selected and assigned to a new dataset. In one embodiment, a Select All command **603** in the Find dialog box **601** and the individual selection boxes **604** to the left of each listing are used to select the listings to be imported into the new data set. For example, individual search results may be selected by selecting the selection boxes **604** associated with the search results, or all the search results may be selected with the Select All command **603**.

When the OK button **605** of the dialog box **601** is selected, all the selected points of interest are shown on the map **180** at the same time, as shown in FIG. **7**, and are automatically stored in a new dataset **611** having a name corresponding to the search query of dialog box **601**. The new data set **611** may be kept, with the inapplicable listings either being ignored or deleted later. If the user intended to locate only one most appropriate or desirable listing, then once that listing is found, the listing can be added to the Favorite dataset **110**, and the rest of the newly created dataset **611** may be deleted. Using this approach, a user can view candidate points of interest in a map view and then save points of geographical interest in a dataset. It is much more effective to view all the potential candidates for analysis on the map, rather than in a long list column of search results, which in various systems might be sorted in a variety of ways, e.g., alphabetically, by distance, by category, etc.

The methods of providing enhanced information for points of interest in a map, as taught above, can be applied to any number of places or points of interest. Any form of qualitative information may be provided. For example, restaurants could have travel guide ratings and price ranges, antique shops could include a description of the type of antiques carried or specialized in, or and shopping malls could include a listing of the major anchor stores.

In addition, a dataset can be made up of a number of datasets, as subsets, just as a folder can contain other folders. For example, as shown in FIG. **7**, a Shopping dataset **612** might include Malls **615**, Outlet Stores **616**, Antique Shops **613**, Thrift Stores **618**, Specialty Stores **617**, Department Stores **614**, etc., each organized as an independent dataset that can be independently selected or acted upon. The relationship between the subset and the main dataset is analogous to the relationship between the All dataset **160** and individual datasets, such as the Golf Course dataset **120**, Kinko's dataset **130**, Starbuck's dataset **440** and Wineries dataset **150**. As an example, these four data sets could be combined under a Traveler's Information dataset heading. The structure of the datasets may model that of a folder system **620**, where clicking on a [+] symbol **619** in front of the dataset, opens a view into the subsets.

The techniques described herein may be implemented, for example, in an improved travel or mapping program in which supplemental, qualitative POI information is effectively integrated into a map program. This information satisfies the logical level of desired knowledge about any POI, without having to perform another search or go to another source of information. Such a mapping program may serve as an effective base for an information delivery system, and is especially useful for delivering types of information found in travel guides.

The supplemental information associated with each type of point of interest (POI), can be unique to the POI, and need not be limited, or standard across all data sets. A method of quickly and effectively locating points of interest within a map area is provided, and does not require low level zooming, or using a search or find command. Improved methods of capturing points of interest when using search or find commands are described. Methods of marking preferred points of interest as favorites, and treating them independently, have been shown.

3.0 Implementation Mechanisms—Hardware Overview

FIG. **8** is a block diagram that illustrates a computer system **800** upon which an embodiment of the invention may be implemented. Computer system **800** includes a bus **802** or other communication mechanism for communicating information, and a processor **804** coupled with bus **802** for processing information. Computer system **800** also includes a main memory **806**, such as a random access memory ("RAM") or other dynamic storage device, coupled to bus **802** for storing information and instructions to be executed by processor **804**. Main memory **806** also may be used for storing temporary variables or other intermediate information during execution of instructions to be executed by processor **804**. Computer system **800** further includes a read only memory ("ROM") **808** or other static storage device coupled to bus **802** for storing static information and instructions for processor **804**. A storage device **810**, such as a magnetic disk or optical disk, is provided and coupled to bus **802** for storing information and instructions.

Computer system **800** may be coupled via bus **802** to a display **812**, such as a cathode ray tube ("CRT"), for displaying information to a computer user. An input device **814**, including alphanumeric and other keys, is coupled to bus **802** for communicating information and command selections to processor **804**. Another type of user input device is cursor control **816**, such as a mouse, trackball, stylus, or cursor direction keys for communicating direction information and command selections to processor **804** and for controlling cursor movement on display **812**. This input device typically has two degrees of freedom in two axes, a first axis (e.g., x) and a second axis (e.g., y), that allows the device to specify positions in a plane.

The invention is related to the use of computer system **800** for displaying points of interest with qualitative information. According to one embodiment of the invention, displaying points of interest with qualitative information is provided by computer system **800** in response to processor **804** executing one or more sequences of one or more instructions contained in main memory **806**. Such instructions may be read into main memory **806** from another computer-readable medium, such as storage device **810**. Execution of the sequences of instructions contained in main memory **806** causes processor **804** to perform the process steps described herein. In alternative embodiments, hard-wired circuitry may be used in place of or in combination with software instructions to implement the invention. Thus, embodiments of the invention are not limited to any specific combination of hardware circuitry and software.

The term "computer-readable medium" as used herein refers to any medium that participates in providing instructions to processor **804** for execution. Such a medium may take many forms, including but not limited to, non-volatile media, volatile media, and transmission media. Non-volatile media includes, for example, optical or magnetic disks, such as storage device **810**. Volatile media includes dynamic memory, such as main memory **806**. Transmission media includes coaxial cables, copper wire and fiber optics, including the wires that comprise bus **802**. Transmission media can also take the form of acoustic or light waves, such as those generated during radio wave and infrared data communications.

Common forms of computer-readable media include, for example, a floppy disk, a flexible disk, hard disk, magnetic tape, or any other magnetic medium, a CD-ROM, any other optical medium, punchcards, papertape, any other physical medium with patterns of holes, a RAM, a PROM, and EPROM, a FLASH-EPROM, any other memory chip or cartridge, a carrier wave as described hereinafter, or any other medium from which a computer can read.

Various forms of computer readable media may be involved in carrying one or more sequences of one or more instructions to processor **804** for execution. For example, the instructions may initially be carried on a magnetic disk of a remote computer. The remote computer can load the instructions into its dynamic memory and send the instructions over a telephone line using a modem. A modem local to computer system **800** can receive the data on the telephone line and use an infrared transmitter to convert the data to an infrared signal. An infrared detector can receive the data carried in the infrared signal and appropriate circuitry can place the data on bus **802**. Bus **802** carries the data to main memory **806**, from which processor **804** retrieves and executes the instructions. The instructions received by main memory **806** may optionally be stored on storage device **810** either before or after execution by processor **804**.

Computer system **800** also includes a communication interface **818** coupled to bus **802**. Communication interface **818** provides a two-way data communication coupling to a network link **820** that is connected to a local network **822**. For example, communication interface **818** may be an integrated services digital network ("ISDN") card or a modem to provide a data communication connection to a corresponding type of telephone line. As another example, communication interface **818** may be a local area network ("LAN") card to provide a data communication connection to a compatible LAN. Wireless links may also be implemented. In any such implementation, communication interface **818** sends and receives electrical, electromagnetic or optical signals that carry digital data streams representing various types of information.

Network link **820** typically provides data communication through one or more networks to other data devices. For example, network link **820** may provide a connection through local network **822** to a host computer **824** or to data equipment operated by an Internet Service Provider ("ISP") **826**. ISP **826** in turn provides data communication services through the worldwide packet data communication network now commonly referred to as the "Internet" **828**. Local network **822** and Internet **828** both use electrical, electromagnetic or optical signals that carry digital data streams. The signals through the various networks and the signals on network link **820** and through communication interface **818**, which carry the digital data to and from computer system **800**, are exemplary forms of carrier waves transporting the information.

Computer system **800** can send messages and receive data, including program code, through the network(s), network link **820** and communication interface **818**. In the Internet example, a server **830** might transmit a requested code for an application program through Internet **828**, ISP **826**, local network **822** and communication interface **818**. In accordance with the invention, one such downloaded application provides for displaying points of interest with qualitative information as described herein.

The received code may be executed by processor **804** as it is received, and/or stored in storage device **810**, or other non-volatile storage for later execution. In this manner, computer system **800** may obtain application code in the form of a carrier wave.

4.0 Extensions and Alternatives

In the foregoing specification, the invention has been described with reference to specific embodiments thereof. It will, however, be evident that various modifications and changes may be made thereto without departing from the broader spirit and scope of the invention. The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:

**1**. A method, comprising the computer-implemented steps of:

displaying a geographical map;

displaying in the map, concurrently, icons identifying two or more points of interest at graphical locations in the map corresponding to geographical locations of the points of interest;

concurrently displaying, over the map, for each of the two or more points of interest at different geographical locations, particular qualitative information associated with the associated point of interest;

wherein all the qualitative information for all the points of interest is concurrently displayed in the map;

displaying, over the map, for each of the points of interest, an information box comprising the qualitative information for the associated point of interest, a first control which when selected causes displaying a higher level of information in the information box, and a second control which when selected causes displaying a lower level of information in the information box;

wherein each of the points of interest is associated with one or more datasets, and

wherein different qualitative information is displayed for different datasets.

**2**. A method as recited in claim **1**, further comprising the steps of:

receiving user input in association with a selected one of the points of interest, wherein the user input indicates a selection of one of a plurality of levels of information to display with the selected point of interest, wherein one of the levels of information comprises the qualitative information;

wherein each of the levels of information comprises at least a portion of the qualitative information about a point of interest;

in response to receiving the user input, re-displaying a different level of information in association with the selected point of interest, wherein the level corresponds to the selection.

**3**. A method as recited in claim **2**, wherein the plurality of levels comprises all information including qualitative information, basic information only, and name only.

**4**. A method as recited in claim **1**, further comprising the steps of:

associating a category name with a sub-set of the points of interest;

receiving user input in association with the category name, wherein the user input indicates a selection of one of a plurality of levels of information to display with all points of interest in the subset;

wherein each of the levels of information comprises at least a portion of the qualitative information about a point of interest;

in response to receiving the user input, re-displaying a different level of information in association with all points of interest in the subset, wherein the level corresponds to the selection.

**5**. A method as recited in claim **1**,

wherein the qualitative information comprises any information, other than name, address or location, telephone number, and type of point of interest, that is useful to a user in determining whether to visit the point of interest, patronize the point of interest, or compare the point of interest to other similar points of interest.

**6**. A method as recited in claim **4**, wherein the category name identifies all the points of interest, and wherein the sub-set comprises all the points of interest.

**7**. A method as recited in claim **4**, wherein a plurality of category names are organized and displayed in a hierarchical list of folders.

**8**. A method as recited in claim **4**, further comprising the step of receiving user input selecting a category name from a hierarchical list of category names.

**9**. A method as recited in claim **7**, further comprising the steps of:

creating and storing a list of user favorite points of interest;

receiving user input identifying a particular point of interest as a user favorite;

associating the particular point of interest with the list of user favorite points of interest;

associating a favorites category name with the user favorite points of interest;

receiving user input in association with the favorites category name, wherein the user input indicates a selection of one of a plurality of levels of information to display with all of the user favorite points of interest;

in response to receiving the user input, re-displaying a different level of information in association with all the user favorite points of interest, wherein the level corresponds to the selection.

**10**. A method as recited in claim **9**, further comprising the steps of:

associating a favorites category name with the user favorite points of interest;

receiving user input in association with the favorites category name, wherein the user input requests discontinuing display of all the user favorite points of interest;

in response to receiving the user input, re-displaying the map without all the user favorite points of interest.

**11**. A method as recited in claim **9**, further comprising the steps of re-displaying the map and displaying only the user favorite points of interest in the map.

**12**. A method as recited in claim **1**, further comprising the steps of:

receiving a search query;

generating and displaying a result list of points of interest in response the search query;

receiving user input identifying two or more selected points of interest that are selected from among the points of interest in the result list; and

re-displaying the map, including concurrently displaying in the map all of the selected points of interest identified by the user input.

**13**. A method as recited in claim **12**, further comprising the steps of creating and storing a dataset that contains the one or more selected points of interest, assigning a name to the dataset according to the search query, and displaying the name of the dataset in a hierarchical list of datasets.

**14**. A method as recited in claim **1**, wherein the qualitative information comprises any one or more of: ratings of users, reviewers, or media, pricing information, hours of operation, or hyperlinks to network resources associated with the points of interest.

**15**. A method as recited in claim **1**, wherein the qualitative information is displayed in an overlay balloon that provides qualitative information associated with the associated point of interest;

comprising displaying a graphical connection between the overlay balloon and the associated point of interest.

**16**. A method as recited in claim **1**, wherein the steps are performed as part of a travel or business mapping computer program.

**17**. A computer-readable tangible storage medium comprising one or more sequences of instructions which, when executed by one or more processors, cause the one or more processors to perform the steps of:

displaying a geographical map;

displaying in the map, concurrently, icons identifying two or more points of interest at graphical locations in the map corresponding to geographical locations of the points of interest;

concurrently displaying, over the map, for each of the two or more points of interest at different geographical locations, particular qualitative information associated with the associated point of interest;

wherein all the qualitative information for all the points of interest is concurrently displayed in the map;

displaying, over the map, for each of the points of interest, an information box comprising the qualitative information for the associated point of interest, a first control which when selected causes displaying a higher level of information in the information box, and a second control which when selected causes displaying a lower level of information in the information box;

wherein each of the points of interest is associated with one or more datasets, and wherein different qualitative information is displayed for different datasets.

**18**. An apparatus, comprising:

means for displaying a geographical map;

means for displaying, in the map, concurrently, icons identifying two or more points of interest at graphical locations in the map corresponding to geographical locations of the points of interest;

means for concurrently displaying, over the map, for each of the two or more points of interest at different geographical locations, particular qualitative information associated with the associated point of interest;

wherein all the qualitative information for all the points of interest is concurrently displayed in the map;

means for displaying, over the map, for each of the points of interest, an information box comprising the qualitative information for the associated point of interest, a first control which when selected causes displaying a higher level of information in the information box, and a second control which when selected causes displaying a lower level of information in the information box;

wherein each of the points of interest is associated with one or more datasets, and wherein different qualitative information is displayed for different datasets.

**19**. The method of claim **1**, further comprising concurrently displaying, over the map, for each of the two or more points of interest at different geographical locations, a

graphical connection between the particular qualitative information and the associated point of interest.

**20**. The apparatus of claim **18**, further comprising:

means for receiving user input in association with a selected one of the points of interest, wherein the user input indicates a selection of one of a plurality of levels of information to display with the selected point of interest, wherein one of the levels of information comprises the qualitative information; wherein each of the



levels of information comprises at least a portion of the qualitative information about a point of interest;

means for re-displaying, in response to receiving the user input, a different level of information in association with the selected point of interest, wherein the level corresponds to the selection.

* * * * *