Mateo Z. Fowler (CA Bar No. 241295)
mateofowler@mzflaw.com
MZF LAW FIRM, PLLC
12121 Wilshire Blvd. Suite 805
Los Angeles, CA 90025
Telephone: (281) 546-5172

Jason McManis (Pending *pro hac vice*)
jmcmanis@azalaw.com
Weining Bai (Pending *pro hac vice*)
wbai@azalaw.com
Michael Killingsworth
(Pending *pro hac vice*)
mkinningsworth@azalaw.com
Sujeeth Rajvolu (Pending *pro hac vice*)
srajavolu@azalaw.com
Ab Henry (Pending *pro hac vice*)
Ahenry@azalaw.com

**AHMAD, ZAVITSANOS & MENSING PLLC**
1221 McKinney St., Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101

*Attorneys for Plaintiff, Never-Search, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVER-SEARCH, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE, LLC., <br><br> *Defendant*. | CASE NO. 3:24-cv-03733 <br><br> **NEVER-SEARCH'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Keith Kreft (greater than 5% ownership in Never-Search Inc.)
2. Ron Fretwell (greater than 5% ownership in Never-Search Inc.)

Dated: October 24, 2024     Respectfully submitted,

/s/ Mateo Z. Fowler
Mateo Z. Fowler (CA Bar No. 241295)
MZF Law Firm, PLLC
12121 Wilshire Blvd. Suite 805
Los Angeles, CA 90025
Telephone: (281) 546-5172

/s/ Jason S. McManis
Jason McManis (Pending *pro hac vice*)
jmcmanis@azalaw.com
Weining Bai (Pending *pro hac vice*)
wbai@azalaw.com
Michael Killingsworth
(Pending *pro hac vice*)
mkinningsworth@azalaw.com
Sujeeth Rajvolu (Pending *pro hac vice*)

srajavolu@azalaw.com
Ab Henry(Pending *pro hac vice*)
Ahenry@azalaw.com
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101

*Attorneys for Plaintiff Never-Search, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5-1(b) on October 24, 2024.

                                                */s/ Mateo Z. Fowler*
                                               Mateo Z. Fowler