| | |
|---|---|
| Mateo Z. Fowler (CA Bar No. 241295)<br>mateofowler@mzflaw.com<br>**MZF LAW FIRM, PLLC**<br>12121 Wilshire Blvd. Suite 805<br>Los Angeles, CA 90025<br>Telephone: (281) 546-5172 | Jason S. McManis *(pro hac vice)*<br>State Bar No.: 24088032<br>jmcmanis@azalaw.com<br>Weining Bai *(pro hac vice)*<br>State Bar No.: 24101477<br>wbai@azalaw.com<br>Sujeeth Rajavolu (CA Bar No. 324669)<br>srajavolu@azalaw.com<br>Michael Killingsworth *(pro hac vice)*<br>State Bar No.: 24110089<br>mkillingsworth@azalaw.com<br>Ab Henry *(pro hac vice)*<br>State Bar No.: 24131987<br>ahenry@azalaw.com<br><br>**AHMAD, ZAVITSANOS & MENSING, PLLC**<br>1221 McKinney Street, Suite 2500<br>Houston, Texas 77010<br>Tel: (713) 655-1101 |

*Attorneys for Plaintiff, Never-Search, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| NEVER-SEARCH, INC.,<br>   *Plaintiff*,<br>v.<br>GOOGLE LLC,<br>   *Defendant.* | Case No.: 3:24-cv-03733-RFL<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to L.R. 3-12, Plaintiff Never-Search, Inc. ("Plaintiff") hereby respectfully requests that the Court reassign the recently transferred case to itself since it is related to the cases already assigned to Judge Lin:

*Never-Search, Inc. v. SYSTEM1 OPCO, LLC AND MAPQUEST HOLDINGS, LLC*, Case No. 3:24-cv-08704-SK

Plaintiff currently has three other cases assigned to Judge Lin that cover all the patents asserted against Defendants System1 OPCO, LLC and MapQuest Holdings, LLC (collectively, "MapQuest") in the transferred case:

*Never-Search, Inc. v. Google, LLC*, Case No. 3:24-cv-03733 (filed 6/21/24)

*Never-Search, Inc. v. Microsoft Corp.*, Case No. 3:24-cv-03950 (filed 7/01/24)

*Never-Search, Inc. v. Apple*, Case No. 3:24-cv-03945 (filed 7/01/24)

On June 8, 2024, Plaintiff filed its Complaint against Defendants System1 OpCo, LLC and MapQuest Holdings, LLC in the District of Colorado as case number 1:24-cv-02198, which was transferred to the Northern District of California on December 4, 2024.

As shown in the stipulation attached to this motion, Defendant MapQuest agrees the cases are related and requests the transferred case be reassigned to Judge Lin.

Good cause exists for the reassignment because these actions concern the same asserted patents and the reassignment will substantially conserve judicial resources and resources of the parties.

The Parties' Stipulation pursuant to L.R. 7-12 and supporting proposed order are filed contemporaneously herewith.

Date: December 30, 2024                    Respectfully submitted,

                                                              */s/ Sujeeth Rajavolu*
Mateo Z. Fowler (CA Bar No. 241295)
mateofowler@mzflaw.com
**MZF LAW FIRM, PLLC**
12121 Wilshire Blvd. Suite 805
Los Angeles, CA 90025
Telephone: (281) 546-5172

Jason S. McManis *(pro hac vice)*
State Bar No.: 24088032
Weining Bai *(pro hac vice)*
State Bar No.: 24101477
Sujeeth Rajavolu (CA Bar No. 324669)
Michael Killingsworth *(pro hac vice)*
State Bar No.: 24110089
Ab Henry *(pro hac vice)*
State Bar No.: 24131987
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
wbai@azalaw.com
srajavolu@azalaw.com
mkillingsworth@azalaw.com
ahenry@azalaw.com

***Attorneys for Plaintiff***
***Never-Search, Inc.***

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

/s/ Sujeeth Rajavolu

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December, 2024, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

/s/ Sujeeth Rajavolu